# United States District Court
# For The Western District of North Carolina
# Statesville Division

DAGOBERTO SANTAMARIA FLORES,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV98-1-V

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 21, 2009, Order.

Signed: August 21, 2009

Frank G. Johns, Clerk
United States District Court